# Exhibit 1



**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS | DOCUMENTS | MAINTENANCE | Back to Search | Print

| | | | |
|---|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2021-01-13 16:28:04 EST | | |
| **Mark:** | ARCTIC AIR | | |
| **US Serial Number:** | 87644390 | **Application Filing Date:** | Oct. 13, 2017 |
| **US Registration Number:** | 5814181 | **Registration Date:** | Jul. 23, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. | | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Jul. 23, 2019 | | |
| **Publication Date:** | Apr. 03, 2018 | **Notice of Allowance Date:** | Nov. 27, 2018 |

## Mark Information

Collapse All

| | |
|---|---|
| **Mark Literal Elements:** | ARCTIC AIR |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of the words "ARCTIC AIR" in a stylized font, followed by three horizontal stylized lines partially covering the letter "R" in "AIR". |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Disclaimer:** | "AIR" |
| **Design Search Code(s):** | 26.17.02 - Bars, wavy; Lines, wavy; Wavy line(s), band(s) or bar(s); Bands, wavy<br>26.17.05 - Bars, horizontal; Horizontal line(s), band(s) or bar(s); Lines, horizontal; Bands, horizontal |

## Related Properties Information

| | |
|---|---|
| **International Registration Number:** | 1408148, 1409669 |
| **International Application(s) /Registration(s) Based on this Property:** | A0074062/1408148, A0074509/1409669 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Personal portable humidifier and air purifier in the nature of a cooling device | | |
| **International Class(es):** | 011 - Primary Class | **U.S Class(es):** | 013, 021, 023, 031, 034 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Feb. 02, 2018 | **Use in Commerce:** | Feb. 02, 2018 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

Privacy - Terms

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Ontel Products Corporation |
| Owner Address: | 21 Law Drive<br>Fairfield, NEW JERSEY UNITED STATES 07004 |
| Legal Entity Type: | CORPORATION |
| State or Country Where Organized: | NEW JERSEY |

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| Attorney Name: | Jenny T. Slocum |
| Attorney Primary Email Address: | dwtrademarks@dickinsonwright.com |
| Attorney Email Authorized: | Yes |

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | JENNY T SLOCUM<br>DICKINSON WRIGHT PLLC<br>1825 EYE STREET NW SUITE 900<br>WASHINGTON, DISTRICT OF COLUMBIA UNITED STATES 20006 |
| Phone: | 202-659-6927 |
| Fax: | 844-670-6009 |
| Correspondent e-mail: | dwtrademarks@dickinsonwright.com<br>jsartz@dickinsonwright.com<br>jslocum@dickinsonwright.com<br>kboie@dickinsonwright.com |
| Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 23, 2019 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 18, 2019 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Jun. 17, 2019 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jun. 17, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | 70138 |
| Jun. 17, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 70138 |
| Jun. 12, 2019 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jan. 02, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jan. 02, 2019 | NON-FINAL ACTION E-MAILED | |
| Jan. 02, 2019 | SU - NON-FINAL ACTION - WRITTEN | 92573 |
| Dec. 12, 2018 | STATEMENT OF USE PROCESSING COMPLETE | 74055 |
| Nov. 28, 2018 | USE AMENDMENT FILED | 74055 |
| Dec. 12, 2018 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 74055 |
| Nov. 28, 2018 | TEAS STATEMENT OF USE RECEIVED | |
| Nov. 27, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 17, 2018 | TTAB RELEASE CASE TO TRADEMARKS | 242749 |
| Oct. 17, 2018 | OPPOSITION TERMINATED NO. 999999 | 242749 |
| Oct. 17, 2018 | OPPOSITION DISMISSED NO. 999999 | 242749 |
| Jul. 31, 2018 | OPPOSITION INSTITUTED NO. 999999 | 242749 |
| Jun. 01, 2018 | ASSIGNED TO EXAMINER | 92573 |
| Apr. 13, 2018 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Apr. 03, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 03, 2018 | PUBLISHED FOR OPPOSITION | |
| Mar. 14, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 01, 2018 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70138 |
| Feb. 27, 2018 | ASSIGNED TO LIE | 70138 |
| Feb. 21, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 21, 2018 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Feb. 21, 2018 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 21, 2018 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 21, 2018 | EXAMINERS AMENDMENT -WRITTEN | 92570 |
| Jan. 15, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jan. 15, 2018 | NON-FINAL ACTION E-MAILED | 6325 |

| | | |
|---|---|---|
| Jan. 15, 2018 | NON-FINAL ACTION WRITTEN | 92570 |
| Jan. 08, 2018 | ASSIGNED TO EXAMINER | 92570 |
| Oct. 24, 2017 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Oct. 23, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Oct. 17, 2017 | NEW APPLICATION ENTERED IN TRAM | |

### ▼ TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| Current Location: | PUBLICATION AND ISSUE SECTION | Date in Location: | Jun. 17, 2019 |

### ▼ Assignment Abstract Of Title Information - Click to Load

### ▼ Proceedings - Click to Load

Privacy - Terms



For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS | DOCUMENTS | MAINTENANCE | Back to Search | Print

| | | | |
|---|---|---|---|
| Generated on: | This page was generated by TSDR on 2021-01-13 16:29:10 EST | | |
| Mark: | ARCTIC AIR | | |
| US Serial Number: | 88617705 | Application Filing Date: | Sep. 16, 2019 |
| US Registration Number: | 6161888 | Registration Date: | Sep. 29, 2020 |
| Filed as TEAS RF: | Yes | Currently TEAS RF: | Yes |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. | | |
| Status: | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| Status Date: | Sep. 29, 2020 | | |
| Publication Date: | Jul. 14, 2020 | | |

## Mark Information

Collapse All

| | |
|---|---|
| Mark Literal Elements: | ARCTIC AIR |
| Standard Character Claim: | No |
| Mark Drawing Type: | 5 - AN ILLUSTRATION DRAWING WITH WORD(S) /LETTER(S)/ NUMBER(S) INSTYLIZED FORM |
| Description of Mark: | The mark consists of the words "ARCTIC AIR" in a stylized font. |
| Color(s) Claimed: | Color is not claimed as a feature of the mark. |
| Disclaimer: | "AIR" |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Personal portable humidifier and air purifier in the nature of a cooling device | | |
| International Class(es): | 011 - Primary Class | U.S Class(es): | 013, 021, 023, 031, 034 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Feb. 02, 2018 | Use in Commerce: | Feb. 02, 2018 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| Owner Name: | Ontel Products Corporation | | |
| Owner Address: | 21 Law Drive<br>Fairfield, NEW JERSEY UNITED STATES 07004 | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | NEW JERSEY |

## Attorney/Correspondence Information

Privacy - Terms

| | | | |
|---|---|---|---|
| **Attorney of Record** | | | |
| Attorney Name: | Jenny T. Slocum | | |
| Attorney Primary Email Address: | dwtrademarks@dickinsonwright.com | Attorney Email Authorized: | Yes |
| **Correspondent** | | | |
| Correspondent Name/Address: | JENNY T. SLOCUM<br>DICKINSON WRIGHT, PLLC<br>1825 EYE STREET NW; SUITE 900<br>WASHINGTON, DISTRICT OF COLUMBIA UNITED STATES 20006 | | |
| Phone: | 202-659-6927 | Fax: | 844-670-6009 |
| Correspondent e-mail: | dwtrademarks@dickinsonwright.com<br>jsartz@dickinsonwright.com<br>jslocum@dickinsonwright.com<br>kboie@dickinsonwright.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

### ▼ Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 29, 2020 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 14, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 14, 2020 | PUBLISHED FOR OPPOSITION | |
| Jun. 24, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 10, 2020 | ASSIGNED TO LIE | 70633 |
| Jun. 04, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 04, 2020 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Jun. 04, 2020 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jun. 04, 2020 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jun. 04, 2020 | EXAMINERS AMENDMENT -WRITTEN | 92988 |
| Dec. 17, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 17, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 17, 2019 | NON-FINAL ACTION WRITTEN | 92988 |
| Dec. 16, 2019 | ASSIGNED TO EXAMINER | 92988 |
| Sep. 23, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Sep. 19, 2019 | NEW APPLICATION ENTERED IN TRAM | |

### ▼ TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| Current Location: | PUBLICATION AND ISSUE SECTION | Date in Location: | Sep. 29, 2020 |

### ▼ Assignment Abstract Of Title Information - Click to Load

### ▼ Proceedings - Click to Load

Privacy - Terms