**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **ONTEL PRODUCTS CORPORATION,** **Plaintiff,** v. **THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,** **Defendants.** | Civil Action No. 1:21-cv-00043 |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL AND/OR REDACTED DOCUMENTS FOR GOOD CAUSE

Pursuant to Local Civil Rule 5, Plaintiff Ontel Products Corporation, by counsel, hereby moves for leave to file a redacted version of the following documents and/or temporarily file the following documents under seal: (1) Schedule A to the Complaint, which includes a list of eBay, Wish, and AliExpress account names used by Defendants; (2) Exhibits 2-4 to the Complaint, which contain screenshots of Defendants' Internet Store listings; (3) Exhibits 5-7 to the Complaint, which contain screenshots of Defendants' Internet Store payment pages; (4) Plaintiff's memorandum of law in support of its *ex parte* motion for a temporary restraining order including temporary asset restraint and expedited discovery; (5) Plaintiff's memorandum of law in support of its motion for order authorizing service of process by email; and (6) the declaration of Monica Riva Talley in support of its motion for order authorizing service of process by email. Sealing this portion of the file is necessary to prevent Defendants from

learning of these proceedings prior to the execution of the temporary restraining order. Once the temporarily restraining order has been served on the relevant parties and the requested actions taken, Plaintiff will move to unseal these documents. In support of its motion, Plaintiff relies on its Memorandum in Support and the Proposed Order filed herewith.

Date:  January 13, 2021

Respectfully submitted,

/s/ Monica Riva Talley
Monica Riva Talley (VSB No. 41840)
Nicholas J. Nowak (*pro hac pending*)
Daniel S. Block (*pro hac pending*)
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
nnowak@sternekessler.com
dblock@sternekessler.com

*Attorneys for Plaintiff*

15883471.1